UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL L. CABBLE AND LANAKII CABBLE | CIVIL ACTION NO.: 6:14-CV-00765 |
| VERSUS | JUDGE: RICHARD T. HAIK, SR. |
| GREGORY CURLIN, ARNOLD TRANSPORTATION AND ZURICH AMERICAN INSURANCE COMPANY | MAGISTRATE: PATRICK J. HANNA |

### FIRST SUPPLEMENTAL AND AMENDING PETITION

**NOW INTO COURT**, through undersigned counsel, come plaintiff, **PAUL L. CABBLE** and **LANAKII CABBLE**, for the sole purpose of amending their original petition, in the following respect, to wit:

I. By adding a paragraph after **Paragraph 13** and for the added Paragraph to be **Paragraph 14** and list as follows:

Defendants have raised the defense of judicial estoppel since plaintiffs are in a confirmed chapter 13 bankruptcy plan and failed to list the above referenced litigation as an asset of their estate.

II. By adding a paragraph after **Paragraph 14** and for the added Paragraph to be **Paragraph 15** and list as follows:

Plaintiffs show that they sought and received Chapter 13 bankruptcy protection before the above referenced litigation was commenced; nevertheless, plaintiffs attach to and make a part of this petition an amended Schedule B (Exhibit B) that lists the above referenced litigation as an asset of the estate and an Amended Chapter 13 Plan (Exhibit A).

RESPECTFULLY SUBMITTED,

**LAW OFFICES OF MALCOLM X. LARVADAIN, INC.**

By:     s/Malcolm X. Larvadain
        Malcolm X. Larvadain, La. Bar #26,066
        **ATTORNEY FOR PLAINTIFFS**
        626 Eighth Street
        Alexandria, Louisiana 71301
        TEL. (318) 445-3533
        FAX. (318) 445-4030